# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| JAIME MORALES and MARIA AMAYA-MORALES, § § § § | |
| Plaintiffs, § | |
| v. § | Civil Action No. 4:17-cv-00489-O-BP |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY and DARREN MORGAN, § § § § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiffs' Opposed Motion to Remand (ECF No. 14) is **GRANTED**. This case is **REMANDED** to the 17th Judicial District Court of Tarrant County, Texas, Case No. 017-291907-17.

**SO ORDERED** on this **10th day** of **October, 2017.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE